**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SAMUEL AGUIRRE NUNEZ,

        Plaintiff,

v.                                                         No. CV 18-312 CG

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines* (Doc. 21), filed September 28, 2018. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reserve or Remand Administrative Agency Decision on or before **November 1, 2018**;

2. Defendant shall file a Response on or before **December 31, 2018**; and

3. Plaintiff may file a Reply on or before **January 14, 2019**.

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE